IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | ) ) ) ) | No. 3:23-mc-00006 |
| Plaintiffs, v. | ) ) ) ) ) | Underlying Litigation: Civil Action No. 1:21-cv-02900-CJN United States District Court District of Columbia |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Herring Networks, Inc., d/b/a One America News Network ("OAN") respectfully moves to compel compliance by nonparty Hugh Gallagher, who resides in Glen Allen, Virginia, with a subpoena compelling his attendance at an oral deposition, issued from the United States District Court for the District of Columbia, where service was accepted by Plaintiffs' counsel who also represents Mr. Gallagher. OAN respectfully requests the Court order Mr. Gallagher's appearance to testify at a deposition.

The grounds supporting this motion are fully set forth in the accompanying memorandum of law.

WHEREFORE, OAN respectfully requests that the Court enter an Order compelling Hugh Gallagher to comply fully with the subpoena and appear for a deposition within 14 days of this Court's order, and for all such further relief as this Court deems just and proper.

By: */s/ Trent McCotter*

**JACKSON WALKER L.L.P.**
Charles L. Babcock
(*pro hac vice* forthcoming)
John K. Edwards
(*pro hac vice* forthcoming)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
jedwards@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter (VSB # 94018)
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendant*